Reference No. 3230

**PROMISSORY NOTE (SIMPLE INTEREST) AND SECURITY AGREEMENT ("CONTRACT")**

Eaglemark Savings Bank
A subsidiary of Harley-Davidson Credit Corp.

BORROWER Name and Address:
LISA BITETTO
89 CENTERPORT ROAD
CENTERPORT, NY 11721
COUNTY -> SUFFOLK

CO-BORROWER Name and Address:

LENDER Name and Address:
Eaglemark Savings Bank
("ESB")
P.O. Box 22048
Carson City, NV 89721-2048

**DESCRIPTION OF PURCHASE**

| MAKE | YEAR | NEW/USED | MODEL | COLOR | VEHICLE IDENTIFICATION NO. |
|---|---|---|---|---|---|
| HARLEY-DAVIDSON | 2004 | NEW | FC-UI | TEAL | 1HD1FCW1X4Y631607 |

Itemization of Sale Terms (type Bill of Sale):
A. Cash Price of Vehicle (excluding accessories)  $ 23,734.95 (A)
B. Total Net Down Payment (cash, plus trade-in allowance, minus prior credit or lease pay-off if any)  $ 2,661.50 (B)
C. Unpaid Balance of Cash Price (A − B = C, C must equal amount in item 3-A below)  $ 21,073.45 (C)

**DISCLOSURES PURSUANT TO THE FEDERAL TRUTH IN LENDING ACT**

| ANNUAL PERCENTAGE RATE The cost of Your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost You (Estimate) | Amount Financed The amount of credit provided to You or on Your behalf | Total of Payments The amount You will have paid after You have made all payments as scheduled (Estimate) |
|---|---|---|---|
| 24.99 % | $ 13,075.07 | $ 21,073.45 | $ 34,148.52 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows: |
|---|---|---|---|
| 84 | 406.53 | Monthly beginning: 8/19/2004 | UNTIL PAID IN FULL |

Prepayment: If You pay off Your debt early, You will not have to pay a prepayment premium or penalty.
Security Interest: You are giving a security interest in the property purchased in this transaction ("Collateral"), including the Vehicle described above. Any of Your property may also be obligated on lender who secures Your obligation under this Contract.
Late Charges: If any payment is more than ten (10) days late, You will be charged $10 or 5% of the late amount, whichever is greater, with a maximum of $50.
Additional Information: See the other side of this Contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest. The Annual Percentage Rate may be negotiated with the dealership that sold You the vehicle. We do not share part of the Finance Charge with the dealership that sold You the vehicle.

**ITEMIZATION OF AMOUNT FINANCED**

1. Amount Given to You Directly  $ N/A
2. Amount Paid on Your Account  $ N/A
3. Amount Paid to Others on Your Behalf:
   A. To (Creditor Name & No.): 3230 H-D OF HEMPSTEAD, INC  $ 21,073.45
   B. Cost of Required Physical Damage Insurance paid to the insurance company named below—covering damage to the Vehicle  $ N/A
   C. Cost of Optional Service Contract paid to the insurance company named below covering certain mechanical repairs  $ N/A
   D. Cost of Optional Credit Insurance for the term of this Contract paid to Insurance Company or companies named below  $ N/A
   E. Cost of Optional GAP Contract as named below  $ N/A
   F. Government license and/or registration fees (describe): $ N/A
   G. Government Certificate of Title Fees  $ N/A
   H. Taxes (describe): To ___ For ___  $ N/A ; To ___ For ___  $ N/A
   I. Other charges (identify who will receive payment and describe purpose):
      To ___ For ___  $ N/A ; To N/A For N/A  $ N/A ; To N/A For N/A  $ N/A
   Total Amount Paid to Others on Your Behalf (add A thru I)  $ 21,073.45
4. Amount Financed (1 + 2 + 3)  $ 21,073.45

Insurance and Service Products
NOTICE: No person is required, as a condition of obtaining this loan, to purchase, or negotiate, any insurance through a particular insurance company, agent, or broker.
Borrower has requested Lender to include in the balance due under this Contract the following insurance and/or service products. Borrower requests Lender to procure insurance and/or service products under the described Vehicle as noted below. No insurance will be in force until accepted by the insurance carrier. The policies and/or service contracts issued by the companies named below will describe the terms and conditions.

Required Physical Damage Insurance. Physical damage insurance is required, but you may obtain it from anyone you want who is acceptable to the Lender. If you finance this insurance, the cost of this insurance is shown in 3B of the ITEMIZATION OF AMOUNT FINANCED above.
Insurance Company: ___
Term: ___ Months    $ ___ Deductible Collision, AND EITHER
☐ Full Comprehensive (includes Fire, Theft and Combined Additional Coverages); OR
☐ $ ___ Deductible Comprehensive (includes Fire, Theft and Combined Additional Coverages)

Optional Service Contract. If you finance this product, the cost of this coverage is shown in 3C of the ITEMIZATION OF AMOUNT FINANCED above.
Insurance Company/Obligor: ___
Contract Number: ___
Term: ___ Years    ☐ NEW    ☐ USED
Tire/Wheel Coverage Surcharge (optional) ☐
Other: ___

Optional Credit Insurance. Credit life and disability insurance are not required to obtain credit and will not be provided unless you sign for them and agree to pay the additional cost. If you want this protection, check the program desired and sign below. If you have chosen this protection, and if you finance this protection, the cost is shown in the ITEMIZATION OF AMOUNT FINANCED above in 3D. Credit life insurance is based upon the payment schedule and term shown above. The protection may not pay off all you owe on this contract if you make late payments. Disability protection covers the original payment amount of the term shown in the DISCLOSURES PURSUANT TO THE FEDERAL TRUTH IN LENDING ACT above. If you make late payments, disability protection will not pay all of your payments. Please refer to the separate agreement for any closed program for details on the protection it provides.

Check Protection Desired and Sign Below:
☐ CREDIT LIFE.    Borrower: ☐    Co-borrower: ☐    Both ☐
☐ CREDIT DISABILITY/ACCIDENT/HEALTH (Borrower):    Joint ☐*
*Where applicable

Term:
___ Months
___ Months

Your Initials If Declining To Purchase Optional Credit Insurance:
Borrower: X _CB_    Co-borrower: X ___

(Cosigner Name)
X ___
(Borrower Signature)    Date ___
X ___
(Co-Borrower Signature)    Date ___

**THE INSURANCE, IF ANY, REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR BODILY INJURY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

Optional GAP Contract    Your Initials If Declining To Purchase Optional Gap Contract: X _CB_
A GAP contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign and agree to pay the extra cost. If you choose to buy and finance a GAP contract, the cost is shown in item 3E above. See your GAP contract for details on the protection it provides.
Term: ___ Months    GAP Contract Name: ___    Borrower X ___

[This space intentionally left blank]

**IMPORTANT SIGNATURES AND NOTICES**

NOTICE: See the other side of this Contract for OTHER IMPORTANT AGREEMENTS.
Do not sign this contract before You read it or if it contains any blank spaces. You are entitled to a completed copy of this Contract. If You pay the amount due before the scheduled date of maturity of the indebtedness You will not be responsible for a prepayment penalty. If You fail to perform Your obligations under this Contract, the Collateral may be repossessed and You may be liable for the unpaid indebtedness evidenced by this Contract.

You signed this Contract and received a copy on  July 20, 2004
                                                (Month)   (Day)   (Year)

Borrower/Co-Borrower obligations are joint and several in each. A Co-Borrower is a person who is responsible for paying the entire debt.
Other Owner: An Other Owner is a person whose name is on the title to the Vehicle but who does not have to pay the debt.
The Co-Borrower and/or Other Owner (if applicable) knows that the Lender has a security interest in the property purchased in this transaction ("Collateral") and consents to the security interest.

BORROWER signs below
By: X _[signature]_
Print name: LISA BITETTO

CO-BORROWER signs below
By: X ___
Print name: ___

OTHER OWNER signs below
By: X ___

Other Owner print name: ___
Other Owner Address: ___

Rev. Pricing 03/2004    White: ORIGINAL/EAGLEMARK    Yellow: BORROWER    Pink: OTHER    Gold: RECORDING

# OTHER IMPORTANT AGREEMENTS

**Eaglemark Savings Bank**
A subsidiary of Harley-Davidson Credit Corp.

1. **Finance Charge.** The Finance Charge accrues each day at the Annual Percentage Rate on the unpaid balance of the Amount Financed until paid in full. Where applicable and not prohibited by law, the Lender will apply each payment first to any past due amounts on the account in the following order: Finance Charges, Insurance Charges, Expenses, Fees and the unpaid balance of the Amount Financed. Where applicable and not prohibited by law, payments are then applied to the Monthly Payment Amount on the account in the following order: Finance Charges, Insurance Charges, Expenses, Fees and the unpaid balance of the Amount Financed. After all past due amounts (if applicable) and the Monthly Payment Amount are satisfied, any excess amount received will be applied to the unpaid balance of the Amount Financed.

2. **Late Payments and Early Payments.** The disclosures of the Finance Charge and Total of Payments are based on the assumption that You will make every payment on the day it is due, according to the payment schedule. Since the Finance Charge accrues daily, You will pay more Finance Charge and Your Finance Charge and Total of Payments will be more if You pay late. You will pay less Finance Charge and Your Finance Charge and Total of Payments will be less if You pay early. If You pay early, the effect will be that Your last payment will be smaller. If You pay late You may have one or more additional payments. The amount of such additional payments will not exceed the amount shown on the Payment Schedule.

3. **Ownership and Risk of Loss.** You agree to pay the Lender all You owe under this Contract even if the Vehicle is damaged, destroyed or missing. You and any Other Owner agree to keep the Vehicle in good condition and repair. You and any Other Owner agree not to remove the Vehicle from the United States, and not to sell, rent, lease or otherwise transfer any interest in the Vehicle or this Contract without the Lender's written permission. You and any Other Owner agree to protect the Vehicle from claims of third persons. You and any Other Owner agree not to expose the Vehicle to misuse or confiscation. You and any Other Owner will make sure the Lender's security interest in the Vehicle is shown on the title, or on other documentation acceptable to the Lender. You and any Other Owner agree to provide all acts, things and writings as the Lender may at any time request to arrest or enforce its rights in the Vehicle from other collateral. You and any Other Owner will not do anything to defeat the Lender's lien. If the Lender pays any repair bills, storage bills, taxes, fines, or other charges on the Vehicle, You agree to repay the amount when the Lender asks for it.

4. **Security Interest.** You and any Other Owner grant the Lender a purchase money security interest in the Vehicle specified on the front of this Contract and any of the following that are purchased and financed in connection with this Contract: (1) any accessories, equipment, and replacement parts installed on the Vehicle; (2) any insurance premiums and charges for service of GAP contracts returned to the Lender; (3) any proceeds of insurance policies, service or GAP contracts on the Vehicle; and (4) any proceeds of insurance policies on Your life or health which are financed through this Contract. This purchase money security interest is in addition to any other security interest or lien the Lender has, or which You are required to provide as a condition of this Contract. It secures payment of all amounts You owe on this Contract and on any increase, renewal, extension or assignment of this Contract. It also secures Your other agreements in this Contract. To the extent permitted by applicable law, the Collateral under this Contract also secures Your other obligations to Lender, whether now arising or incurred after the date of this Contract.

5. **Waiver of Suretyship Defenses by Other Owners.** Any Other Owner agrees that Lender may, without notice to or consent from the Other Owner, modify, waive, or release any of Lender's rights against a Borrower without affecting Lender's rights with respect to the Collateral or the Other Owner, even if such action affects the Other Owner's rights with respect to the Collateral or the Borrower. Any Other Owner waives (i) any right to require Lender to proceed against any person or property, or exercise any remedy, before enforcing Lender's rights with respect to the Collateral or the Other Owner, (ii) all presentment, protests, demands and notices of protest, dishonor and non-performance, and (iii) any defense arising out of enforcement of Lender's rights with respect to the Collateral or a Borrower, even if such enforcement results in the loss of subrogation, reimbursement or other rights the Other Owner may have against a Borrower.

6. **Prepayment.** You may prepay the unpaid balance of the Amount Financed in full or in part at any time without penalty. If You do so, You must pay the earned and unpaid part of the Finance Charge up to the date of payment.

7. **Required Physical Damage Insurance.** You agree to have physical damage insurance covering loss or damage to the Vehicle for the term of this Contract, naming the Lender (and its successors and assigns) as additional insured and loss payee. If at any time during the term of this Contract, You do not have physical damage insurance which covers both Your interest and the Lender's interest in the Vehicle, then the Lender may buy it for You. If the Lender does not buy physical damage insurance which covers both interests in the Vehicle, it may, if it decides, buy insurance which covers only the Lender's interest.

The Lender is under no obligation to buy any insurance, but may do so, if it desires. If the Lender buys either of these coverages, it will let You know whether it is and the charge You must pay. The charge will consist of the cost of the insurance and a finance charge, at the Annual Percentage Rate in this Contract, subject to limit under applicable laws.

8. **Late Charge.** You will have to pay a late charge on each payment received by the Lender more than ten (10) days late. The charge is shown on the front side of this Contract. Acceptance of a late payment or late charge does not waive Your late payment or mean that You can keep making payments after they are due. The Lender may also take the steps set forth in the other applicable sections of this Contract if there is any late payment.

9. **Dishonored Check Charge.** The Lender may charge you a $25 fee for the return by a depository institution of a dishonored check, negotiable order of withdrawal or share draft issued in connection with any payment due under this Contract.

10. **Optional Insurance, Service or GAP Contracts.** This Contract may contain charges for optional insurance, service or GAP contracts. If the Vehicle is repossessed, You agree that the Lender may claim benefits under these contracts.

11. **Insurance, Service or GAP Contract Refunds Received by Lender.** If any refund of premium for required insurance is received by the Lender, it may be credited to Your account or used to buy similar insurance or insurance which covers only the Lender's interest in the Collateral. Any refund on optional insurance, service or GAP contracts (other than by cancellation of credit insurance) will be credited to Your account. You will be notified of what is done. These credits will be applied first against accelerated Finance Charges and then against the unpaid balance of the Amount Financed. They will not excuse You from making payments in accordance with the payment schedule on the front of this Contract.

12. **Default; Required Payment in Full Before Scheduled Date.** If You fail to pay any payment when due, if You die or are declared legally incompetent if a proceeding in bankruptcy, receivership or insolvency is filed by You or against You or Your property, or if You break any of the agreements in this Contract (default), the Lender can demand that You pay, in full either 1) all past due payments, or 2) all You owe on this Contract (total unpaid balance, payments depending on state laws. After default, interest will continue to accrue at the interest rate (Annual Percentage Rate) shown on the front of the Contract.

If You reside in CO, CT, DC, IL, IA, KS, LA, ME, MD, MA, MO, NE, SC, WV, or WY, You will have an opportunity to cure your default by paying the unpaid past due payment plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because You did not keep Contract otherwise.

13. **Repossession of Vehicle for Default of Contract.** Repossession means that (1) You fail to pay according to the payment schedule, or (2) If You let to cure Your default in those cases where the Lender may require Your Vehicle and You are given the rights now, Your default, or (3) If You break any of the agreements in this Contract (default), the Lender can take the Vehicle from You. To take the Vehicle the Lender can enter Your property, or the property where the Vehicle is stored, so long as it is done peacefully. If there is any personal property in or on the Vehicle, such as clothing, the Lender may store it for You. Any accessories, equipment or replacement parts will remain with the Vehicle.

14. **Getting the Vehicle Back After Repossession.** If the Lender repossesses the Vehicle, You have the right to get it back. If you reside in CA, CT, DC, IL, MS, NY, OH, or WI, which may be by law Your right to reinstate Your Contract. You may get the Vehicle back by paying the unpaid past due payments plus the earned and unpaid part of the Finance Charge and all other amounts due as allowed by law, including the cost of taking and storing the Vehicle and other expenses that the Lender has incurred.

If you reside in any other state, You may redeem the Vehicle by paying the entire amount You owe on this Contract (not just past due payments). The amount You owe will be the entire unpaid balance of the Amount Financed plus the earned and unpaid part of the Finance Charge and all other amounts due, including the cost of taking and storing the Vehicle and other expenses that the Lender has incurred. Your right to redeem will end when the Vehicle is sold by the Lender.

15. **Sale of the Repossessed Vehicle.** The Lender will mail a written notice of sale to You no less than fifteen (15) one no more than (20) days depending on the state you reside in, before selling the Vehicle. If You do not redeem the Vehicle, reinstate Your contract, or cure Your default (whichever is applicable) by the date on the notice, the Lender can sell it. The Lender will use the net proceeds of the sale to pay all or part of Your debt.

The net proceeds of sale will be figured this way: Any sale charges and any charges for taking and storing the Vehicle, cleaning and advertising, etc., and other expenses, or all, of any attorney's fees (where permitted by state law) and court costs will be subtracted from the selling price, depending on State laws.

If You owe the Lender less than the net proceeds of sale, the Lender will pay You the difference, unless the Lender is required to pay it to someone else. For example, the Lender may be required to pay another lender who has given You a loan and also taken a security interest in the Collateral.

If You owe more than the net proceeds of the sale, You may be liable to pay the Lender the difference between the proceeds of the sale and what you owe when the Lender asks for it (deficiency balance), unless prohibited by state laws. If You do not pay this amount when asked, You may also be charged interest on the deficiency balance at the Annual Percentage Rate in this Contract, subject to limits under applicable laws, or as may be prescribed by law if less.

16. **Collection Costs.** If the Lender hires an attorney to collect what You owe, You will pay the collection costs, reasonable attorney's fees (where permitted by state law) and any court costs.

17. **Delay in Enforcing Rights; Changes to This Contract.** The Lender can delay or refrain from enforcing any of its rights under this Contract without losing them. For example, the Lender may extend the time for making some payments without extending others.

You agree to be bound by any document provided by the Lender that changes the terms and conditions of this Contract due to state and federal law requirements. Any change in terms of this Contract must be in writing and signed by the Lender. No oral changes are binding. If any part of this Contract is not valid, all other parts will remain valid and enforceable.

18. **Statements.** Upon written request from You, the Lender will provide You with a written statement of the dates and amounts of payments and the total amount unpaid on this Contract.

19. **Applicable Law.** This Contract has been submitted for acceptance and is deemed to have been executed in Carson City, Nevada. Eaglemark Savings Bank is chartered and regulated by the State of Nevada Department of Business and Industry Financial Institutions Division. This Contract and Your acceptance will be governed by the laws of the State of Nevada and applicable federal laws. If any provision of this Contract is prohibited by applicable law, such provision will be void, but the remaining provisions will remain valid and enforceable.

20. **Warranties Lender Disclaims.** You understand that the Lender is not offering any warranties and that there are no implied warranties of merchantability, of fitness for a particular purpose, or any other warranties, expressed or implied by the Lender, covering the Collateral.

This provision does not affect any warranties covering the Collateral which may be provided by the manufacturer of the Vehicle.

21. **Notice of Assignment.** Upon receipt of funding of this Contract by ESB, pursuant to the Master Assignment Agreement in effect between ESB and Harley Davidson Credit Corp.

22. **Questions on Your Account.** In connection to Lender about this account, call (800) 299-2334.

* Note: Some cure and reinstatement dates please begin on how late You may cure Your default within a specified time or during the term of Your obligation, or reinstate Your Contract after repossession of the Vehicle.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BORROWER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BORROWER SHALL NOT EXCEED AMOUNTS PAID BY THE BORROWER HEREUNDER.

1    48845    New York State Department of Motor Vehicles    01553    091604

# NOTICE OF RECORDED LIEN

| I.D. Number | Year | Make |
|---|---|---|
| 1HD1FCW1X4Y631607 | 2004 | HA/DA |

ESB ITS SUCCESSORS
AND ASSIGNS
4150 TECHNOLOGY WAY
CARSON CITY NV    89706

| 788 | GAS | 2 | MCY | BL |
|---|---|---|---|---|
| Wgt./Lgth. | Fuel | Cyl/Prop. | Body/Hull. | Color |

Owner: If you have moved and have not yet notified this Department of your new address, cross out the address shown and print your new address in its place.

## OWNER

BITETTO, LISA
89 CENTERPORT RD
CENTERPORT NY    11721

### ADDITIONAL LIENHOLDERS

The following information applies only to the lienholder shown in the box above.

☐ Our security interest in the vehicle or boat described in this notice has been satisfied.

☐ We have assumed ownership of this vehicle or boat. We are transferring ownership to:

☐ We have assigned our security interest in this vehicle or boat to:

Lien Filing Code

Name                    Date of Assignment

No. and Street

City          State          Zip

Authorized Signature          Date

If you are the owner named on this notice, you can keep this notice with the Certificate of Title and when you sell the vehicle or boat, give the transferred Title AND this notice to the new owner. If you should choose a lien free title before then, return your current title, this lien notice, and a $10 processing fee to the DMV Title Bureau, Empire State Plaza, Albany NY 12228-0330. (Check or money order should be made payable to the Commissioner of Motor Vehicles.)

If you cannot locate the title for the vehicle or boat, you must apply for a duplicate. You may apply for a duplicate title by completing form MV-902 (available at DMV office) and mailing it with a $10 check or money order, along with the lien release, to the DMV Title Bureau at the above address.

MV-901 (7/00)